## Commonwealth *v.* Pana, Appellant.

Argued March 20, 1975. *Reggie B. Walton,* Assistant Defender, with him *William Bowe* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *William G. Chadwick, Jr.,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.